1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

MIKE WILEY,

      Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

      Defendant(s).

2:13-cv-01210-JAD-NJK

**REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Mike Wiley is proceeding in this action *pro se*. Plaintiff filed a complaint on July 10, 2013. Docket No. 1. Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 4. The Court found that Plaintiff's complaint was deficient because Plaintiff failed to allege a state law duty on which his Federal Tort Claims Act claims were premised. *Id.* at 4-5. The Court further noted that it appeared that Plaintiff's claims were barred by the discretionary function exception. *Id.* at 5-7. The Court granted Plaintiff leave to amend his complaint, requiring that an amended complaint be filed no later than October 23, 2013. *Id.* at 7. The Court indicated that "[f]ailure to comply with this Order will result in the recommended dismissal of this case, without prejudice." *Id.* at 8.

     To date, the Court has not received an amended complaint or a motion to extend the deadline for filing one.

//

1    Accordingly, **IT IS THE RECOMMENDATION** of the undersigned United States

2    Magistrate Judge that this case be **DISMISSED** without prejudice.

3                                                    **<u>NOTICE</u>**

4    Pursuant to Local Rule IB 3-2 **<u>any objection to this Report and Recommendation must</u>**

5    **<u>be in writing and filed with the Clerk of the Court within 14 days of service of this document.</u>**

6    The Supreme Court has held that the courts of appeal may determine that an appeal has been waived

7    due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142

8    (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2)

9    failure to properly address and brief the objectionable issues waives the right to appeal the District

10   Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951

11   F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir.

12   1983).

13   DATED: October 28, 2013

14

15   _____

16   NANCY J. KOPPE
     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28