# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Mike Wiley,

    Plaintiff

v.

United States of America et al.,

    Defendants

Case No.: 2:13-cv-01210-JAD-NJK

**Order Adopting Report and Recommendation [Doc. 6] and Dismissing without Prejudice**

Before the Court is Magistrate Judge Nancy J. Koppe's Report and Recommendation regarding Plaintiff's failure to file an amended complaint or to move to extend the deadline for an amended complaint. The Report was entered October 28, 2013. Objections were due November 14, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections to the Report and Recommendation.

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Report and Recommendation **[Doc. 6]** is **ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

DATED November 21, 2013.

                                            Jennifer A. Dorsey
                                            United States District Judge